Name and address

David A. Katz, SBN 112874
433 N. Camden Drive, Suite 600
Beverly Hills, CA 90210
(310) 288-1995/FAX (818) 789-5088
Attorney for Defendant

FILED
CLERK, U.S. DISTRICT COURT
OCT 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LODGED
2005 SEP 12 AM 11:30
CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

| UNITED STATES, Plaintiff(s) | CASE NUMBER |
|---|---|
| v. | CR 05-742 - JSL |
| Gilberto Sanchez Lopez, Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Mr. Gilberto Sanchez Lopez
☐ Plaintiff ☑ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of **DAVID A. KATZ**
*New Attorney*

as attorney of record in place and stead of **DARLENE RICKER**
*Present Attorney*

Dated **9-8-05**
*Signature of Party or Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated **9/12/05**         DMRicker            X
*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated **9/8/05**         David A. Katz
*Signature of New Attorney*

ENTER ON ACMS
OCT - 4 2005

---

If party requesting to appear Pro Se:

Dated _____         _____
*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (08/05)            REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

(54)

Name and address

David A. Katz, SBN 112874
433 N. Camden Drive, Suite 600
Beverly Hills, CA 90210
(310) 288-1995/FAX (818) 789-5088
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, Plaintiff(s)<br>v.<br>Gilberto ~~Lopez~~ Sanchez Lopez, Defendant(s). | CASE NUMBER<br>CR 05-742-JSL<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Gilberto ~~Lopez~~ Sanchez Lopez  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_Name of Party_

to substitute   DAVID A. KATZ   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

— 433 North Camden Drive, Suite 600, Beverly Hills, CA —

| 90210 | KATZNASSOC@AOL.COM |
|---|---|
| _City, State, Zip_ | _E-Mail Address_ |
| 310 279-5111 | 818 789-5088 | 112874 |
| _Telephone Number_ | _Fax Number_ | _State Bar Number_ |

as attorney of record in place and stead of   DARLENE RICKER
_Present Attorney_

is hereby  ☒ GRANTED   ☐ DENIED

Dated  10/3/05

_Spencer Letts_
U.S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

## PROOF OF SERVICE

I, David A. Katz, am employed in the county of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210.

On SEPTEMBER 12, 2005 I served the foregoing document described as:

*SUBSTITUTION OF COUNSEL*

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

AUSA Mark Young                                 DARLENE Ricker (by fax)
U.S. Attorney's Office                                    9/9/05
312 North Spring Street
Los Angeles, CA 90012

[ ] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

[X] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand/FAX to the addressee.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on SEPTEMBER 12, 2005

David A. Katz